Kathryn J. Halford (CA State Bar No. 68141)
khalford@wkclegal.com
Elizabeth Rosenfeld (CA State Bar No. 106577)
erosenfeld@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA  91436
Telephone: (818) 501-8030 ext. 331
Facsimile: (818) 501-5306

Attorneys for Plaintiff Board of Trustees of the Teamsters Miscellaneous Security Trust Fund

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EXPERIENCE SPECIALISTS, Inc. aka GES, a Nevada corporation,<br><br>Defendant. | **CASE NO. 2:21-cv-00138-SB-AGR**<br><br>**NOTICE OF SETTLEMENT**<br><br>COMPLAINT FILED**:**<br>January 7, 2021 |

NOTICE IS HEREBY GIVEN that Plaintiffs, BOARD OF TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND and Defendants, GLOBAL EXPERIENCE SPECIALISTS, Inc. aka GES, a Nevada corporation have reached a settlement of the above-entitled case and expect to finalize the settlement and file the Stipulation for Dismissal within the next thirty (30) days.

DATED: May 10, 2021

Kathryn J. Halford
Elizabeth Rosenfeld
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**

BY: /s/*Kathryn J. Halford*
Kathryn J. Halford
Attorneys for Plaintiffs
BOARD OF TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND