FILED
CLERK, U.S. DISTRICT COURT
May 25, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Western Division

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND in their capacity as fiduciaries for the TEAMSTERS MISCELLANEOUS SECURITY TRUST FUND,<br><br>Plaintiff,<br><br>vs.<br><br>GLOBAL EXPERIENCE SPECIALISTS, Inc. aka GES, a Nevada corporation,<br><br>Defendant. | **CASE NO. 2:21-cv-00138-SB-AGR**<br><br>**ORDER DISMISSING COMPLAINT**<br><br>[FRCP 41(a)(1)] |

The parties having stipulated, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

The Complaint herein is hereby dismissed. Each party to bear its own costs.

Dated: May 25, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge